UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.C., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SONOMA, et al.,<br><br>　　　　　Defendants. | Case No.  24-cv-02597-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to Judge Martínez-Olguín for consideration of whether the case is related to *Michelle K. v. County of Sonoma*, No. 22-cv-1202.

　　　**IT IS SO ORDERED.**

Dated: May 15, 2024

_____
VINCE CHHABRIA
United States District Judge