UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHELLE K., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SONOMA, et al.,<br><br>    Defendants. | Case No. 22-cv-01202-AMO (RMI)<br><br>**ORDER ON JOINT LETTER BRIEF**<br>Re: Dkt. No. 391 |

Before the court is a joint discovery letter brief in which the County of Sonoma requests an order compelling the production of the criminal defense files relating to the prosecutions of Jose and Gina Centeno, from Attorneys McAllister and Zelig. (Letter Br., dkt. 391.) For their part, attorneys McAllister and Zelig claim attorney client privilege and attorney client work product over what they call an overbroad request. McAllister and Zelig further assert that of the records contained within the requested files, many of them are sealed by court order, or otherwise protected such that a court order is necessary for their release, or must be requested by way of a subpoena duces tecum directed to a particular agency. (*Id*. at 3.) In the case of the court reporter's transcripts, those belong to the reporter and are available to the county through the reporter. (*Id*.) And, in the case of the filings, minute orders, and pleadings in the criminal case, those are public records available to a requesting party. (*Id*.) In addition to this request, the County of Sonoma asks that the court extend the discovery deadline "permitting production of the withheld materials, and any follow-up discovery strictly related to those materials, after the present fact discovery deadline, without reopening broader fact discovery or affecting any other case deadlines." (*Id.* at 5.) In relation to this, McCallister and Zelig ask for additional time to meet and confer on the files

request as their counsel suffered recent medical issues, which cut their meet and confer efforts short. (*Id.*)

The court finds the matter suitable for determination on the papers and rules as follows: For good cause shown, the County of Sonoma's request to compel is GRANTED. The court hereby ORDERS:

1. Production of all non-privileged portions of the McAllister and Zelig criminal defense files relating to the prosecutions of Jose and Gina Centeno, including discovery received from the prosecution, witness statements or summaries provided by third parties, agency or law-enforcement reports, and exhibits;

2. Redaction of (a) attorney-client communications and (b) opinion/mental-impression work product; and

3. Service of a privilege log identifying the date, author, general subject matter, and basis for withholding for each document or portion withheld

The court will also require counsel to engage in the meet and confer process and complete the production prior to November 25, 2025, the close of fact discovery.

Further, the court denies the County's request to extend the discovery deadlines, as such a request must be directed to presiding judge.

**IT IS SO ORDERED.**

Dated: November 20, 2025

ROBERT M. ILLMAN
United States Magistrate Judge